1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12

SCOTT AND ADDISON, LLC, a
California limited liability company,

Plaintiff,

v.

PINKBLUSH.COM, an unknown
entity,

Defendant.

13
14
15
16
17
18
19
20
21
22
23
24

**Case No. 8:20-cv-01160-S**B**-DFM**

**[PROPOSED] ORDER *GRANTING* PLAINTIFF SCOTT AND ADDISON, LLC'S MOTION FOR SERVICE VIA EMAIL AND FOR LEAVE TO TAKE IMMEDIATE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

**Hearing:**
Date: January 8, 2021
Time: 10:30 am
Courtroom: 10A
Judge: Honorable Josephine L. Staton

25  \\
26  \\
27  \\
28  \\

1    The Court has read and considered all of the papers filed in connection with

2    plaintiff's Motion for Service via Email and for Leave to Take Immediate

3    Discovery Prior to Rule 26(f) Conference, and GOOD CAUSE HAVING BEEN

4    SHOWN, GRANTS Plaintiff's motion and hereby ORDERS the following:

5

6    1) IT IS ORDERED THAT Plaintiff may electronically serve Defendant

7    with process by email to the email address: orders@pinkblush.com.

8    2) IT IS FURTHER ORDERED THAT Plaintiff shall be allowed to issue

9    subpoenas to third parties concerning the identity and location(s) of Defendant.

10    IT IS SO ORDERED.

11

12

13    Dated:   December 10, 2020

14                                              Honorable Douglas F. McCormick
                                                United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28