MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmandour@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for Plaintiff,
Scott and Addison, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT AND ADDISON, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PINKBLUSH.COM, an unknown entity,<br><br>Defendant. | Case No. 8:20-cv-01160-SB-DFM<br><br>**DECLARATION OF BEN T. LILA IN SUPPORT OF PLAINTIFF SCOTT AND ADDISON, LLC'S MOTION FOR SERVICE COSTS**<br><br>Original Complaint Filed: June 30, 2020<br>Answer Filed: April 20, 2021<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>**Hearing:**<br>Date: June 4, 20201<br>Time: 8:30 am<br>Courtroom: 6C |

\\
\\
\\

I, Ben T. Lila, declare as follows:

1. I am an attorney with Mandour & Associates, APC, and am counsel of record for plaintiff Scott and Addison, LLC in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto under oath.

2. Plaintiff has incurred 4.65 hours of attorney time totaling $1,265.05 in attorneys' fees for preparation and filing of the Motion for Alternative Service filed in the Action. Plaintiff has further incurred 2.95 hours of attorney time totaling $1,060.25 in attorneys' fees for preparation and filing of the present Motion for Service Costs.

3. Plaintiff's total cost for service of process and filing this Motion is $2,325.30.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: <u>April 30, 2021</u>

/s/ Ben T. Lila<br>
Ben T. Lila (SBN 246808)<br>
Email: blila@mandourlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document with the Court's CM/ECF system, which will provide electronic notice to the following:

    Michael A. Long, Esq. (SBN: 266555)
    Law Office of Michael A. Long
    1920 Hillhurst Avenue, #1139
    Los Angeles, CA 90027
    Telephone: (310) 625-3395
    Facsimile: (213) 915-3133
    Email: mlong@aexius.com

Dated: April 30, 2021

                      /s/ Ben T. Lila
                      Ben T. Lila (SBN 246808)
                      Email: blila@mandourlaw.com