MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmandour@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300

Attorneys for Plaintiff,
Scott and Addison, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT AND ADDISON, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PINKBLUSH.COM, an unknown entity,<br><br>Defendant. | Case No. 8:20-cv-01160-SB-DFM<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER ON PLAINTIFF SCOTT AND ADDISON, LLC'S MOTION FOR SERVICE COSTS PURSUANT TO Fed.R.Civ.P. 4(d)(2)**<br><br>Original Complaint Filed: June 30, 2020<br>Answer Filed: April 20, 2021<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>**Hearing:**<br>Date: June 4, 20201<br>Time: 8:30 am<br>Courtroom: 6C |

\\
\\
\\

Plaintiff Scott and Addison, LLC hereby gives Notice that it has lodged the [Proposed] Order on Plaintiff Motion for Service Costs Pursuant to Fed.R.Civ.P. 4(d)(2) (ECF No. 28).  A copy of the [Proposed] Oder is filed herewith.

                          Respectfully submitted,

                          **MANDOUR & ASSOCIATES, APC**

Date: May 6, 2021

                          /s/ Ben T. Lila
                          Ben T. Lila (SBN 246808)
                          Email: blila@mandourlaw.com
                          Attorneys for Plaintiff,
                          Scott and Addison, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document with the Court's CM/ECF system, which will provide electronic notice to the following:

>Michael A. Long, Esq. (SBN: 266555)
>Law Office of Michael A. Long
>1920 Hillhurst Avenue, #1139
>Los Angeles, CA 90027
>Telephone: (310) 625-3395
>Facsimile: (213) 915-3133
>Email: mlong@aexius.com

Dated: May 6, 2021

          /s/ Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com