| | |
|---|---|
| 1 | MANDOUR & ASSOCIATES, APC |
| 2 | Joseph A. Mandour (SBN 188896) |
|   | Email: jmandour@mandourlaw.com |
| 3 | Ben T. Lila (SBN 246808) |
|   | Email: blila@mandourlaw.com |
| 4 | 8605 Santa Monica Blvd., Suite 1500 |
| 5 | Los Angeles, CA 90069 |
|   | Telephone: (858) 487-9300 |
| 6 | Attorneys for Plaintiff, |
| 7 | Scott and Addison, LLC |

LAW OFFICE OF MICHAEL A. LONG
Michael A. Long, Esq. (SBN: 266555)
1920 Hillhurst Avenue, #1139
Los Angeles, CA 90027
Telephone: (310) 625-3395
Email: mlong@aexius.com
Attorney for Defendant, Go Frolic, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SCOTT AND ADDISON, LLC, a California limited liability company, | Case No. 8:20-cv-01160-SB-DFM |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| GO FROLIC, LLC a Delaware limited liability company dba PINKBLUSH.COM, | |
| Defendant. | |

Pursuant Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Scott and Addison, LLC and Defendant Go Frolic, LLC hereby jointly stipulate to dismissal of all claims in the above captioned action with prejudice with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

MANDOUR & ASSOCIATES, APC

Dated: October 21, 2021

/s/ Ben T. Lila
Attorneys for Plaintiff,
Scott and Addison, LLC

LAW OFFICE OF MICHAEL A. LONG

Dated: October 22, 2021

/s/ Michael A. Long
Attorneys for Defendant,
Go Frolic, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I filed the foregoing document with the Court's CM/ECF filing system, which will provide electronic notice of the same on the following:

>Michael A. Long, Esq. (SBN: 266555)
>Law Office of Michael A. Long
>1920 Hillhurst Avenue, #1139
>Los Angeles, CA 90027
>Telephone: (310) 625-3395
>Facsimile: (213) 915-3133
>Email: mlong@aexius.com

Dated: October 22, 2021

                          /s/ Ben T. Lila
                        Ben T. Lila (SBN 246808)
                        Email: blila@mandourlaw.com